## Robert M. FOURNIER
v.
## LINDY CONSTRUCTION AND DEVELOPMENT CORPORATION.
### No. 79–458–A.

Supreme Court of Rhode Island.

May 2, 1980.

Selya & Iannuccillo, Richard L. Patz, Providence, for plaintiff.

Abraham Belilove, Providence, for defendant.

## ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Wednesday, May 7, 1980 at 9:30 a. m. for oral argument.